THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERELL MARSHON JACKSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TODD E. GOODWIN, *et al.*, <br><br> Defendants. | Case No. C22-5959-JCC <br><br> ORDER |

This matter comes before the Court on the report and recommendation ("R&R") of U.S. Magistrate Judge S. Kate Vaughan (Dkt. No. 25). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS that:

(1) The R&R is APPROVED and ADOPTED.

(2) Defendants' partial motion to dismiss (Dkt. No. 22) is DENIED as moot to the extent Defendants seek dismissal of Plaintiff's claims against the Department of Corrections, and GRANTED to the extent Defendants seek dismissal of the claims asserted against the individual Defendants in their official capacities. As a result, Plaintiff's official capacity claims against the individual Defendants are DISMISSED with prejudice.

ORDER - 1

(3) Plaintiff's motion for an extension of time to file a response to Defendants' motion to dismiss (Dkt. No. 23) is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Vaughan.

DATED this 29th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2