UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERELL MARSHON JACKSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TODD E. GOODWIN, *et al.*, <br><br> Defendants. | Case No. C22-5959-JCC-SKV <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

This is a civil rights action proceeding under 42 U.S.C. § 1983.  On December 1, 2023, this Court entered an Order establishing pretrial deadlines in this matter.  Dkt. 26.  On February 7, 2024, the parties filed a stipulated motion to extend the pretrial deadlines in which they request that the current deadlines be extended by 60 days.  Dkt. 35.  The parties indicate in their motion that they have conducted a discovery conference pursuant to Fed. R. Civ. P. 26(f)[1] and have jointly determined that an extension of the pretrial deadlines "is in the interest of justice."

---

[1] While it is laudatory that the parties have met to discuss discovery issues, the Court reminds the parties that because Plaintiff is proceeding with this action without the assistance of counsel, this proceeding is exempt from the requirements of Fed. R. Civ. P. 26(a) and Fed. R. Civ. P. 26(f).  *See* Fed. R. Civ. P. 26(a)(1)(B)(iv), Fed. R. Civ. P. 26(f)(1).

ORDER GRANTING STIPULATED
MOTION TO EXTEND PRETRIAL
DEADLINES - 1

*Id.* at 1.  The parties cite generally to scheduling delays, and to Plaintiff's transfer to another facility as reasons justifying the requested extension.

The record reflects that Plaintiff has been transferred between facilities twice in recent weeks (*see* Dkts. 32, 34), and the Court concurs that under these circumstances the modest extension requested by the parties is appropriate.  Accordingly, the Court hereby ORDERS as follows:

(1) The parties' stipulated motion to extend pretrial deadlines (Dkt. 35) is GRANTED.

(2) The discovery deadline in this matter is extended from March 1, 2024, to ***April 30, 2024***.  The dispositive motion filing deadline is extended from April 1, 2024, to ***May 31, 2024***.  The parties are advised that a due date for filing a Joint Pretrial Statement may be established at a later date pending the outcome of any dispositive motions.

(3) The Clerk of Court is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

Dated this 13th day of February, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND PRETRIAL
DEADLINES - 2