UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERELL MARSHON JACKSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TODD E. GOODWIN, *et al.*, <br><br> Defendants. | Case No. C22-5959-JCC-SKV <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PRETRIAL DEADLINES |

This is a civil rights action proceeding under 42 U.S.C. § 1983.  On December 1, 2023, this Court entered an Order establishing pretrial deadlines in this matter.  Dkt. 26.  On February 7, 2024, the parties filed a stipulated motion seeking a 60-day extension of the pretrial deadlines, and the Court granted the motion.  Dkts. 35, 36.  The Court at that time established a new discovery deadline of April 30, 2024, and a new dispositive motion filing deadline of May 31, 2024.  *See* Dkt. 36.  On May 1, 2024, Plaintiff filed a motion seeking to extend the time for discovery by an additional 90 days.  Dkt. 37.  The Court can only discern from Plaintiff's motion that he recently sent discovery requests to Defendants which remain pending at this time.  *See id*.  Defendants have filed a response supporting Plaintiff's motion to extend deadlines and they request that all deadlines be extended 90 days.  Dkt. 38.

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND PRETRIAL
DEADLINES - 1

     Plaintiff's motion lacks details explaining why, after having already been granted a 60-day extension of the pretrial deadlines, he has yet to obtain necessary discovery from Defendants. However, given that Defendants concur with Plaintiff's request, the Court is willing to grant one final extension of the pretrial deadlines.

     Accordingly, the Court hereby ORDERS as follows:

     (1)    Plaintiff's motion to extend time for discovery (Dkt. 37), and Defendants' corresponding request to extend all pretrial deadlines (Dkt. 38), are GRANTED

     (2)    The discovery deadline in this matter is extended to ***July 29, 2024***. The dispositive motion filing deadline is extended to ***August 29, 2024***. The parties are once again advised that a due date for filing a Joint Pretrial Statement may be established at a later date pending the outcome of any dispositive motions.

     (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

     Dated this 15th day of May, 2024.

                                                  S. KATE VAUGHAN
                                                  United States Magistrate Judge