UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERELL MARSHON JACKSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TODD E. GOODWIN, *et al.*, <br><br> Defendants. | Case No. C22-5959-JCC-SKV <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

The parties have submitted to the Court for consideration a stipulated motion for protective order, together with a declaration of Shari R. Hall, and a proposed order granting the stipulated motion. *See* Dkts. 48, 48-1, 48-2. The parties' submission does not conform to the Local Rules of this Court. Local Civil Rule ("LCR") 26(c)(2) permits parties to file a proposed stipulated protective order and encourages them to use the district's model protective order, which is available on the Court's website. The rule mandates that parties who wish to depart from the model order provide the Court with a redlined version of the proposed order identifying departures from the model. LCR 26(c)(2). The proposed order submitted by the parties clearly

MINUTE ORDER - 1

departs from the model, but the parties have submitted no redlined version identifying each of the departures.

In addition, the Court notes that the parties' proposed order references the declaration of an individual other than Shari R. Hall, the only individual to have submitted a declaration in relation to the stipulated motion, and the Judge's signature line does not identify the correct judicial officer.  The Court will consider the parties' stipulated motion after they have fully complied with LCR 26(c)(2).[1]

DATED this 24th day of July, 2024.

RAVI SUBRAMANIAN, Clerk

By: Kathleen Albert
Deputy Clerk

---

[1] In addition, the parties are reminded to email a Word-compatible version of any proposed order to Judge Vaughan as required by the Court's Electronic Filing Procedures, *available at* https://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf (last visited July 23, 2024).

MINUTE ORDER - 2