UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERELL MARSHON JACKSON, JR., <br><br>　　　　　　　　　　Plaintiff, <br><br>　v. <br><br>TODD E. GOODWIN, *et al.*, <br><br>　　　　　　　　　　Defendants. | Case No. C22-5959-JCC-SKV <br><br> ORDER GRANTING DEFENDANTS' MOTION TO SEAL PRISON SURVEILLANCE VIDEO |

This is a prisoner civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Defendants' motion to seal prison surveillance video filed with their pending motion for summary judgment. Dkt. 61. Plaintiff has filed no response to Defendants' motion. The Court, having reviewed Defendants' motion, and the balance of the record, hereby finds and ORDERS as follows:

　　(1)　Defendants' motion to seal the prison surveillance video (Dkt. 61) is GRANTED. The Court finds there are compelling reasons to seal the video surveillance footage. Although there is a public interest in having access to materials submitted as part of a motion for summary judgment, that interest is outweighed here by the overwhelming compelling interest in maintaining the confidentiality and security of Department of Corrections' facilities. Moreover,

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL PRISON
SURVEILLANCE VIDEO - 1

any public interest or legitimate need to know the information can be preserved to some degree by descriptions of the video contained in the parties' briefs and/or the Court's written ruling on the motion for summary judgment.  Finally, the Court concludes there is no lesser way to protect the interests at stake here due to the nature of the evidence and the concerns presented by such evidence.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

Dated this 18th day of September, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL PRISON
SURVEILLANCE VIDEO - 2