UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERELL MARSHON JACKSON,<br><br>      Plaintiff,<br><br> v.<br><br>TODD E. GOODWIN, *et al.*,<br><br>      Defendants. | Case No. C22-5959-JCC-SKV<br><br>ORDER APPOINTING COUNSEL |

  This is a prisoner civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff is in the custody of the Washington Department of Corrections and is currently confined at the Washington Corrections Center.

  On February 3, 2025, the Court issued an Order granting Mr. Jackson's request for appointment of counsel, contingent upon identification of counsel willing to represent Plaintiff, and directing the Western District of Washington's pro bono coordinator to identify counsel to represent Plaintiff in accordance with the Court's General Order 07-23 ("In re: Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions"), section 3. Dkt. 84. On March 12, 2025, the Court was notified that counsel has been located. Accordingly, the Court hereby GRANTS the request for appointment of counsel and appoints Eric Lindberg of Corr

ORDER APPOINTING COUNSEL - 1

Cronin LLP, 1015 Second Ave, 10th Floor, Seattle, WA 98104, as counsel for Plaintiff, pursuant to "The United States District Court for the Western District of Washington's Plan for *Pro Se* Litigant Representation in Civil Rights Actions" ("the Plan"). *See* General Order No. 07-23 (Sept. 8, 2023).

Counsel is directed to file a Notice of Appearance within **seven (7) days**. If counsel is unable for a reason set forth in the Plan to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge. In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Clerk is directed to send a copy of this Order to Plaintiff, to appointed counsel, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 18th day of March, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2