UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERELL MARSHON JACKSON, JR.,

                Plaintiff,

   v.

TODD E. GOODWIN, *et al.*,

                Defendants.

Case No. C22-5959-JCC-SKV

ORDER ESTABLISHING DEADLINE FOR FILING OF THIRD AMENDED COMPLAINT

This is a prisoner civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Jerell Jackson filed this action *pro se* in December 2022. See Dkt. 1. Thereafter, the Court twice directed Plaintiff to amend his pleading to correct deficiencies that precluded the Court from ordering service of his pleadings on Defendants. See Dkts. 7, 13. In July 2023, Plaintiff filed a second amended complaint that the Court deemed sufficient to warrant service on Defendants. Dkt. 15. Plaintiff alleged in his second amended complaint that his rights under the Eighth and Fourteenth Amendments were violated when various members of the corrections staff at the Stafford Creek Corrections Center used excessive force against him during an incident that occurred in his housing unit on December 8, 2020, in the midst of the COVID-19 pandemic. *See id.*

ORDER ESTABLISHING DEADLINE
FOR FILING OF THIRD AMENDED
COMPLAINT - 1

Defendants filed an answer to the complaint in September 2023, and the Court entered a pretrial scheduling order in December 2023. Dkts. 21, 26. The deadlines established by the Court for discovery and for the filing of dispositive motions have long since passed. *See* Dkt. 26. Defendants filed a timely motion for summary judgment in August 2024 seeking dismissal of all claims asserted by Plaintiff in his second amended complaint. Dkt. 63. Upon review of the summary judgment materials submitted by the parties, this Court determined that appointing counsel for Plaintiff would be an appropriate next step. Thus, in February 2025, the Court issued an Order directing that counsel be appointed for Plaintiff, contingent on identification of counsel willing to represent Plaintiff in this matter, and that Defendants' then pending motion for summary judgment be stricken. Dkt. 84.

*Pro bono* counsel was subsequently located, and on March 18, 2025, the Court issued an Order appointing counsel to represent Plaintiff in this matter. Dkt. 85. Eric Lindberg and Kathryn Joy, both of Corr Cronin LLP, have now filed a notice of appearance on behalf of Plaintiff. Dkt. 86. Though the Court previously determined that Plaintiff's second amended complaint was sufficient to warrant service, now that counsel has appeared on behalf of Plaintiff the Court deems it appropriate to establish a deadline for counsel to file a third amended pleading.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff, through appointed counsel, is directed to file and serve a third amended complaint in this matter not later than ***May 15, 2025***.

//

//

//

ORDER ESTABLISHING DEADLINE
FOR FILING OF THIRD AMENDED
COMPLAINT - 2

(2)  The Clerk shall send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 31st day of March, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER ESTABLISHING DEADLINE
FOR FILING OF THIRD AMENDED
COMPLAINT - 3