UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERELL MARSHON JACKSON, JR.,

Plaintiff,

v.

TODD E. GOODWIN, *et al*.,

Defendants.

Case No. C22-5959-JCC-SKV

ORDER GRANTING JOINT MOTION
FOR RELIEF FROM DEADLINES

This is a civil rights action proceeding under 42 U.S.C. § 1983.  This matter comes before the Court on the parties' joint motion for relief from the previously established deadlines for fact and discovery and for the filing of dispositive motion.  *See* Dkts. 93, 95.  The parties aver in their motion that additional time is required to take the depositions of key witnesses because of scheduling conflicts and witness and counsel unavailability.  Dkt. 95.

The Court, having reviewed the parties' motion, and good cause appearing, hereby ORDERS as follows:

(1)	The parties' joint motion for relief from deadlines (Dkt. 95) is GRANTED.

(2)	The discovery deadline in this matter is continued from April 23, 2026, to May 26, 2026.  The dispositive motion filing deadline is continued from May 26, 2026, to June 26, 2026.

ORDER GRANTING JOINT MOTION
FOR RELIEF FROM DEADLINES - 1

(3)  The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

Dated this 7th day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING JOINT MOTION
FOR RELIEF FROM DEADLINES - 2