UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERELL MARSHON JACKSON, JR.,

                Plaintiff,

    v.

TODD E. GOODWIN, *et al.*,

                Defendants.

Case No. C22-5959-JCC-SKV

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL AUDIO/VIDEO
CALL AND USE OF FORCE POLICY

This is a civil rights action proceeding under 42 U.S.C. § 1983.  This matter comes before the Court on Defendants' motion to seal a JPay audio/video call made by Plaintiff while he was incarcerated at the Stafford Creek Corrections Center and the Washington Department of Corrections' Use of Force Policy, both of which were filed with Defendants' pending motion for summary judgment.  *See* Dkts. 97, 99, 105, 107, 108.  Plaintiff has filed no response to Defendants' motion.  However, Defendants' counsel, in accordance with Local Civil Rule 5(g), certifies in the motion that she has conferred with Plaintiff's counsel, and she represents to the Court that Plaintiff's counsel does not oppose the filing of the cited materials under seal.  *See* Dkts. 97, 98.  Defendants' counsel further represents that the parties agree the audio/video recording and the policy may be used and cited during dispositive motion practice, and that Plaintiff reserves the right to argue at trial that portions of the JPay video may be unsealed.  *See*

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL AUDIO/VIDEO CALL
AND USE OF FORCE POLICY - 1

*id.* The Court, having reviewed Defendants' motion, and the balance of the record, hereby finds and ORDERS as follows:

(1) Defendants' motion to seal the JPay audio/video call and the Department of Corrections' Use of Force Policy (Dkt. 97) is GRANTED. The Court finds there are compelling reasons to seal these materials. Although there is a public interest in having access to materials submitted as part of a motion for summary judgment, that interest is outweighed here by the overwhelming compelling interest in maintaining the confidentiality and security of Department of Corrections' facilities. Moreover, any public interest or legitimate need to know the information can be preserved to some degree by descriptions of the materials contained in the parties' briefs and/or the Court's written ruling on the motion for summary judgment. Finally, the Court concludes there is no lesser way to protect the interests at stake here due to the nature of the evidence and the concerns presented by such evidence.

(2) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

Dated this 17th day of July, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL AUDIO/VIDEO CALL
AND USE OF FORCE POLICY - 2