UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERELL MARSHON JACKSON, JR.,

Plaintiff,

v.

TODD E. GOODWIN, *et al.*,

Defendants.

Case No. C22-5959-JCC-SKV

ORDER DIRECTING DEFENDANTS TO SUBMIT MISSING EXHIBITS

This is a civil rights action proceeding under 42 U.S.C. § 1983. Currently pending before the Court is Defendants' second motion for summary judgment. Dkt. 99. Among the documents submitted in support of that motion is a declaration of Defendants' former counsel, Johnna Craig. Dkt. 100. The declaration references thirteen exhibits, all of which are identified as excerpts of deposition testimony of Defendant Brian Schuetter and all of which purport to be attached to the declaration. *Id.* However, there are, in fact, no exhibits attached to Ms. Craig's declaration. *See id.* Defendants must supply the missing exhibits before the Court proceeds to resolution of their pending dispositive motion.

//

//

Accordingly, the Court hereby ORDERS as follows:

(1) Defendants shall submit the exhibits referenced in Ms. Craig's declaration, Dkt. 100, not later than ***December 21, 2026***. Defendants' motion for summary judgment, Dkt. 99, is RE-NOTED for consideration on the same date.

(2) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

Dated this 19th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge